## NORTH CAROLINA EX REL. HORNE v. CHAFIN

No. 304PA83.

Case below: 62 N.C. App. 95.

Petition by plaintiffs for discretionary · review under G.S. 7A-31 allowed 9 August 1983. Motion by defendants to dismiss the appeal for lack of significant public interest denied 9 August 1983.

## SANDERS v. STOUT

No. 247P83.

Case below: 61 N.C. App. 576.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 9 August 1983.

## STATE v. CHURCHILL

No. 282P83.

Case below: 62 N.C. App. 81.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983.

## STATE v. PRATT

No. 202P83.

Case below: 61 N.C. App. 579.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 9 August 1983.

## STATE v. WISE

No. 279P83.

Case below: 62 N.C. App. 328.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1983.